NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GROSVENOR INDUSTRIES, LLC, a
Colorado Limited Liability Company,

        Appellant/Cross-Appellee,

v.

JET CONCEPTS, INC., a Florida
Corporation,

        Appellee/Cross-Appellant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-407

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack R. St. Arnold, Judge.

Dineen Pashoukos Wasylik and Jared M.
Krukar of DPW Legal, Tampa; Katherine C.
Donlon of Wiand Guerra King, P.A., Tampa;
and Michael L. Kirby, admitted *pro hac vice*,
of Kirby & Kirby, LLP, San Diego, California,
for Appellant/Cross-Appellee.

Clifford A. Taylor of The Hogan Law Firm,
Brooksville, for Appellee/Cross-Appellant.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.